# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., et al., <br><br> Defendants. | C.A. No. 17-1734-RGA <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S
## NOTICE OF THIRD-PARTY SUBPOENA TO PAUL WOELK

Please take notice that, pursuant to Fed. R. Civ. P. 45, Plaintiff Sprint Communications Company L.P. will serve the attached subpoena on Paul Woelk.

*Of Counsel:*

B. Trent Webb
Aaron E. Hankel
Ryan J Schletzbaum
Ryan D. Dykal
Jordan T. Bergsten
Lauren E. Douville
Mark D. Schafer
Samuel J. LaRoque
Maxwell C. McGraw
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
bwebb@shb.com
ahankel@shb.com
rschletzbaum@shb.com
rdykal@shb.com
jbersten@shb.com
ldouville@shb.com
mschafer@shb.com

*/s/ R. Montgomery Donaldson*
R. Montgomery Donaldson (#4367)
Christina B. Vavala (#6135)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
rmdonaldson@polsinelli.com
cvavala@polsinelli.com

*Counsel for Plaintiff Sprint Communications Company L.P.*

slaroque@shb.com
mmcgraw@shb.com
sprintteam@shb.com

Robert H. Reckers
Michael W. Gray
**SHOOK, HARDY & BACON L.L.P.**
JP Morgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
rreckers@shb.com
mgray@shb.com
sprintteam@shb.com

Dated: August 27, 2019