# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDINGS, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, and BRIGHT HOUSE NETWORKS, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-1734-RGA<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | ) |

## SPRINT'S MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to the Special Master's instructions to raise by motion any discovery issues to be addressed at the upcoming telephonic discovery hearing scheduled for Monday, February 3, 2020 at 10:00 a.m., Plaintiff Sprint Communications Co. L.P. ("Sprint") hereby moves this Court to amend the current Scheduling Order (D.I. 50) to re-allocate 13 of Sprint's unused third-party deposition hours for use in party depositions, to account for developments in the case since the parties agreed to the terms of that Order. Sprint states that good cause exists for this amendment, which results in no prejudice to Defendants Charter Communications, Inc., Charter Communications Holdings, LLC, Spectrum Management Holding Company, LLC, Charter Communications Operating, LLC, and Bright House Networks, LLC (collectively, "Charter").

As requested by the Special Master, Sprint submitted its letter to the Special Master laying out Sprint's position on Tuesday, January 28. Charter submitted its response on Thursday, January 30.

68496653.1

|  |  |
|---|---|
| *Of Counsel:* | Respectfully submitted,<br><br>*/s/ Christina B. Vavala*<br>R. Montgomery Donaldson (#4367)<br>Christina B. Vavala (#6135) |
| B. Trent Webb<br>Ryan J. Schletzbaum<br>Ryan D. Dykal<br>John D. Garretson<br>Jordan T. Bergsten<br>Lauren E. Douville<br>Aaron E. Hankel<br>Mark D. Schafer<br>Samuel J. LaRoque<br>Maxwell C. McGraw<br>Thomas M. Patton<br>Lydia C. Raw<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>sprintteam@shb.com | **POLSINELLI PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>rmdonaldson@polsinelli.com<br>cvavala@polsinelli.com<br><br>*Counsel for Plaintiff Sprint*<br>*Communications Company L.P.* |
| Robert H. Reckers<br>Michael W. Gray<br>Jonathan M. Hernandez<br>**SHOOK, HARDY & BACON L.L.P.**<br>JP Morgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002-2926<br>Telephone: (713) 227-8008<br>sprintteam@shb.com | |
| Dated: January 31, 2020 | |