# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDINGS, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, and BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendants. | C.A. No. 17-1734-RGA <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING
## SPRINT'S MOTION TO AMEND THE SCHEDULING ORDER

IT IS HEREBY ORDERED that, upon consideration of Plaintiff Sprint Communications Company L.P.'s Motion to Amend the Scheduling Order (the "Motion"), the Motion is **GRANTED**.

**SO ORDERED**, this ____ day of _____, 2020.

_____
Allen M. Terrell, Special Master

68496653.1