IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-1734-RGA<br>) |
| CHARTER COMMUNICATIONS, INC., et al., | )<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

I hereby certify that copies of (1) *Expert Report of Dr. Stephen B. Wicker Regarding Infringement of U.S. Patent Nos. 6,452,932, 6,463,052, 6,633,561, 7,286,561, 7,505,454, 6,298,064, 6,343,084, 6,473,429, 7,327,728, 6,330,224, & 6,697,340* and (2) *Expert Report of Russell W. Mangum III, Ph.D.* were caused to be served on March 20, 2020, upon the following in the manner indicated.

David S. Benyacar  *BY ELECTRONIC MAIL*
Daniel L. Reisner
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
  *Attorneys for Defendants Charter*
  *Communications, Inc., Spectrum Management*
  *Holding Company, LLC, Charter*
  *Communications Operating, LLC, and Bright*
  *House Networks, LLC*

Robert J. Katerberg  *BY ELECTRONIC MAIL*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. N.W.
Washington, D.C. 20001
  *Attorneys for Defendants Charter*
  *Communications, Inc., Spectrum Management*
  *Holding Company, LLC, Charter*
  *Communications Operating, LLC, and Bright*
  *House Networks, LLC*

| | |
|---|---|
| Gregory Arovas<br>Jeanne M. Heffernan<br>Ryan Kane<br>James E. Marina<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>   *Attorneys for Defendants Charter*<br>   *Communications, Inc., Spectrum Management*<br>   *Holding Company, LLC, Charter*<br>   *Communications Operating, LLC, and Bright*<br>   *House Networks, LLC* | *BY ELECTRONIC MAIL* |
| Luke L. Dauchot<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>   *Attorneys for Defendants Charter*<br>   *Communications, Inc., Spectrum Management*<br>   *Holding Company, LLC, Charter*<br>   *Communications Operating, LLC, and Bright*<br>   *House Networks, LLC* | *BY ELECTRONIC MAIL* |
| Bao Nguyen<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br>   *Attorneys for Defendants Charter*<br>   *Communications, Inc., Spectrum Management*<br>   *Holding Company, LLC, Charter*<br>   *Communications Operating, LLC, and Bright*<br>   *House Networks, LLC* | *BY ELECTRONIC MAIL* |

<table>
<tr><td>

OF COUNSEL:

B. Trent Webb
Ryan J. Schletzbaum
Ryan D. Dykal
John D. Garretson
Jordan T. Bergsten
Aaron E. Hankel
Lauren E. Douville
Mark D. Schafer
Maxwell C. McGraw
Samuel J. LaRoque
Thomas M. Patton
Lydia C. Raw
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

Robert H. Reckers
Michael W. Gray
Jonathan M. Hernandez
SHOOK, HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008

March 24, 2020

</td><td>

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
R. Montgomery Donaldson (#4367)
Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
rmdonaldson@polsinelli.com
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Counsel for Plaintiff Sprint Communications Company L.P.*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 24, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>(302) 651-7700<br>Wilmington, DE 19801<br>  *Attorneys for Defendants Charter*<br>  *Communications, Inc., Spectrum Management*<br>  *Holding Company, LLC, Charter*<br>  *Communications Operating, LLC, and Bright*<br>  *House Networks, LLC* | *BY ELECTRONIC MAIL* |
| David S. Benyacar<br>Daniel L. Reisner<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019<br>  *Attorneys for Defendants Charter*<br>  *Communications, Inc., Spectrum Management*<br>  *Holding Company, LLC, Charter*<br>  *Communications Operating, LLC, and Bright*<br>  *House Networks, LLC* | *BY ELECTRONIC MAIL* |
| Robert J. Katerberg<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave. N.W.<br>Washington, D.C. 20001<br>  *Attorneys for Defendants Charter*<br>  *Communications, Inc., Spectrum Management*<br>  *Holding Company, LLC, Charter*<br>  *Communications Operating, LLC, and Bright*<br>  *House Networks, LLC* | *BY ELECTRONIC MAIL* |

Gregory Arovas  BY ELECTRONIC MAIL
Jeanne M. Heffernan
Ryan Kane
James E. Marina
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
  *Attorneys for Defendants Charter*
  *Communications, Inc., Spectrum Management*
  *Holding Company, LLC, Charter*
  *Communications Operating, LLC, and Bright*
  *House Networks, LLC*

Luke L. Dauchot  BY ELECTRONIC MAIL
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
  *Attorneys for Defendants Charter*
  *Communications, Inc., Spectrum Management*
  *Holding Company, LLC, Charter*
  *Communications Operating, LLC, and Bright*
  *House Networks, LLC*

Bao Nguyen  BY ELECTRONIC MAIL
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400
  *Attorneys for Defendants Charter*
  *Communications, Inc., Spectrum Management*
  *Holding Company, LLC, Charter*
  *Communications Operating, LLC, and Bright*
  *House Networks, LLC*

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)