

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 • (302) 252-0920

November 23, 2020

Stephen J. Kraftschik
(302) 252-0926
(302) 397-2659 (Fax)
skraftschik@polsinelli.com

**VIA E-FILING**

The Honorable Richard G. Andrews
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re: *Sprint Communications Co., L.P. v. Charter Communications, Inc., et al.,*
C.A. No. 17-1734 (RGA)

Dear Judge Andrews:

As requested by the Court's Oral Order (D.I. 549), Sprint respectfully provides the below list of the issues Sprint would like to argue during oral argument on November 30.

1. Sprint's Motion for Partial Summary Judgment on Collateral Estoppel

   - Sprint's Opening Brief (D.I. 461) at pp. 1 – 15
   - Charter's Opposition (D.I.  502) at pp. 1 - 16
   - Sprint's Reply (D.I. 525) at pp. 1 - 9

2. Sprint's *Daubert* Motion to Exclude Ms. Mulhern's "IP Share Approach"

   - Sprint's Opening Brief (D.I. 458) at pp. 1 - 12
   - Charter's Opposition (D.I.  502) at pp. 30 - 41
   - Sprint's Reply (D.I. 525) at pp. 12 - 17

3. Sprint's *Daubert* Motion to Exclude Dr. Almeroth and Ms. Mulhern's References to Other VoIP Patents and Proprietary Technology

   - Sprint's Opening Brief (D.I. 458) at pp. 12 - 14
   - Charter's Opposition (D.I.  502) at pp. 41 - 43
   - Sprint's Reply (D.I. 525) at pp. 17 - 18

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

75594184.2



The Honorable Richard G. Andrews
November 23, 2020
Page 2

    4.   Sprint's Motion for Summary Judgment of No Inequitable Conduct

- Sprint's Opening Brief (D.I. 464) at pp. 1 - 10
- Charter's Opposition (D.I. 502) at pp. 16 - 24
- Sprint's Reply (D.I. 524) at pp. 1 - 6

        Respectfully,

        */s/ Stephen J. Kraftschik*

        Stephen J. Kraftschik (#5623)

SJK:ncf
cc: Counsel of Record (via E-Mail)

75594184.2